# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-6716

**Case Name** The Appeal, Inc. and Ethan Corey v. DOJ

**Counsel submitting this form** Appellants, Davis Wright Tremaine LLP

**Represented party/parties** The Appeal, Inc. and Ethan Corey

*Briefly describe the dispute that gave rise to this lawsuit.*

This is a Freedom of Information Act lawsuit concerning the Death in Custody Reporting Act database.

*Briefly describe the result below and the main issues on appeal.*

The DOJ raised Exemptions 3, 6, and 7 in response to Plaintiffs' FOIA requests for the DCRA records. On summary judgment, the court found that two of the exemptions did not apply, and the remaining exemption allowed only for limited redactions.

After production of the documents was underway, the DOJ moved for relief from judgment under Rule 60(b), arguing that an amendment to a privacy provision (that the district court already found did not apply) now precluded the DOJ from producing the remaining documents. The district court granted the DOJ's motion.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Below, the only remaining issue is attorney's fees based on the production of records prior to the Rule 60 motion.

There is a similar FOIA case in the District of Columbia that was litigated simultaneously. The DOJ did not move to vacate judgment in that case, because the production was already complete as that court ordered production without redactions. Gannett Satellite Info. Network, LLC v. DOJ

**Signature** /s/Thomas R. Burke **Date** 10/19/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*